UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HARCO NATIONAL INSURANCE,
COMPANY, a foreign corporation, as
subrogee of Zaremba Equipment Company,

        Plaintiff,

v.                                                Case Number 06-11314-BC
                                                Honorable Thomas L. Ludington

SLEEGERS ENGINEERING, INC., a foreign
corporation; SLEEGERS MACHINING &amp;
FABRICATING, INC., a foreign corporation;
SCHWANS HOME SERVICE, INC., a foreign
corporation; BI-PHASE TECHNOLOGIES, LLC,
a foreign corporation; and MONROE TRUCK
EQUIPMENT, INC., a foreign corporation,

        Defendants.

**ORDER EXTENDING STAY OF PROCEEDINGS UNTIL SEPTEMBER 18, 2008, AND SCHEDULING A STATUS CONFERENCE**

-and-

ZAREMBA EQUIPMENT, INC.,
a Michigan corporation,

        Plaintiff

                                                Case Number 06-11727-BC
                                                Honorable Thomas L. Ludington

v.

SLEEGERS ENGINEERING, INC., a foreign
corporation; SLEEGERS MACHINING &amp;
FABRICATING, INC., a foreign corporation;
SCHWANS HOME SERVICE, INC., a foreign
corporation; BI-PHASE TECHNOLOGIES, LLC,
a foreign corporation; MONROE TRUCK
EQUIPMENT, INC., a foreign corporation, and HARCO
INSURANCE COMPANY, and Illinois corporation,

        Defendants.

_____/

## ORDER EXTENDING STAY OF PROCEEDINGS UNTIL SEPTEMBER 18, 2008, AND SCHEDULING A STATUS CONFERENCE

On November 15, 2007, the Court held a status conference to determine the progress of parallel litigation currently pending in the Michigan Court of Appeals. The parties represented that briefing is complete in the Michigan Court of Appeals and they expect it to release an opinion in approximately ten months. The Court and the parties agree that the Michigan Court of Appeals' opinion will determine the parties' course of action in their litigation before this Court. As such, the Court will extend the stay pending the release of that decision

Despite the stay, Plaintiff Harco National Insurance requested that it be permitted, by motion, to challenge Defendant Schwans Home Service production of an exemplar. Schwans previously produced an exemplar, which Harco contends is insufficient. The Court will allow Harco to challenge, by motion, Schwans production of an exemplar. Otherwise, the matter is stayed pending the decision of the Michigan Court of Appeals.

Accordingly it is **ORDERED** that the matter is **STAYED** until **September 18, 2008.**

It is further **ORDERED** that the parties appear for a status conference on **September 18, 2008 at 3:30 p.m.**

                                                  s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge

Dated: November 16, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 16, 2007.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS